█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUFUS PEOPLES, Appellant. 

Memorandum: Papers before County Court show that petitioner's attorney erroneously informed him before entering a plea of guilty that his prior conviction would not render him a felony offender because he had received a suspended sentence thereon, and also indicate that the sentencing judge was made aware of such erroneous advice and failed to afford petitioner an opportunity to withdraw his plea before sentencing him as a second felony offender. A hearing should be had at which evidence may be adduced which might warrant application of the rule stated in *People* v. *Serrano* (15 N Y 2d 304). (Appeal from order of Erie County Court, denying, without a hearing, motion to vacate a judgment of conviction for attempted violation of subdivision 1 of section 1751 of the Penal Law.) Present — Bastow, J. P., Goldman, Henry, Del Vecchio and Marsh, JJ.

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAY CEE COLLINS, Appellant. — Motion granted, judgment of conviction reversed and a new trial granted, upon the ground that the appellant is unable to produce an adequate record for review because of the failure of the District Attorney's office to produce exhibits.

## (October 31, 1967)

█ STEVE L. ENDRESZ, as Administrator of the Estate of BABY BOY ENDRESZ, Deceased, Appellant-Respondent, v. FRED FRIEDBERG et al., Respondents-Appellants. (Action No. 1:) STEVE L. ENDRESZ, as Administrator of the Estate of BABY GIRL ENDRESZ, Deceased, Appellant-Respondent, v. FRED FRIEDBERG et al., Respondents-Appellants. (Action No. 2:) JANICE ENDRESZ, Appellant-Respondent, v. FRED FRIEDBERG et al., Respondents-Appellants. (Action No. 3:) STEVE L. ENDRESZ, Appellant-Respondent, v. FRED FRIEDBERG et al., Respondents-Appellants. (Action No. 4.) Memorandum: Permission to plead over and assert causes of action which might be had under the theory of *Ferrara* v. *Galluchio* (*supra*) is meaningless and futile inasmuch as there can be no sufficient causes of action under the facts here present under the theory of the *Ferrara* case, or otherwise. (Appeal and cross appeal from order of Onondaga Special Term, dismissing certain cause of action for negligence.) Present — Williams, P. J., Henry, Del Vecchio and Marsh, JJ. [52 Misc 2d 693.]